Decided January 25, 2001

## IN RE MARIAH S.

The respondent mother's petition for certification for appeal from the Appellate Court, 61 Conn. App. 248 (AC 20365), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Raymond J. Rigat*, in support of the petition.

*Mary K. Lenehan*, assistant attorney general, in opposition.

Decided January 25, 2001